Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'06 MAR -7 P 3:09

U.S.A. vs. Carol A. Fuller           Docket No. 00-00022-001 Erie

CLERK

Petition on Supervised Release

   COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Carol A. Fuller, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 18th day of September 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall make restitution to Northwest Savings Bank in the amount of $56,456.19 at a rate of 10 percent of her gross monthly income.
- The defendant shall be placed on home detention for a period of 4 months, to commence within 30 days of release from imprisonment.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
- The defendant shall participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay a special assessment of $100.

09-18-00:  Bank Fraud; 4 months' incarceration; 5 years' supervised release.
05-01-01:  Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

   **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

   Your Petitioner reports that the defendant has met her court-ordered obligation to the best of her ability by paying $53,281.21 on the original amount of $56,456.19, leaving a balance of $3,174.98. Ms. Fuller does not have the ability to pay the balance of restitution in full prior to the expiration of her term of supervised release on April 30, 2006. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. Carol a. Fuller
Docket No. 00-00022-001 Erie
Page 2


PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00022-001 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on   March 6, 2006 |
| _____ U.S. District Judge | _____ Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:   Erie, PA |